Order Filed on July 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

In Re:

Paul W. Pieken and Dolores A. Pieken

Case No.: 18-22019-JKS

Chapter: 13

Judge: Hon. Sherwood

ORDER APPROVING TELEPHONIC 341 MEETING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Paul W. Pieken and Dolores A. Pieken
Case No. 18-22019JKS
Caption of Order: ORDER APPROVING TELEPHONIC 341 MEETING

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for the debtor for an Order approving a telephonic 341 meeting and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof;

IT IS FOUND AND ORDERED that the debtor Dolores A. Pieken shall be permitted to appear and provide testimony for her 341 meeting telephonically.