```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors


In Re:

Paul W. Pieken and Dolores A. Pieken
```

Order Filed on July 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-22019-JKS

Chapter: 13

Judge: Hon. Sherwood

## ORDER APPROVING TELEPHONIC 341 MEETING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:  Paul W. Pieken and Dolores A. Pieken
Case No. 18-22019JKS
Caption of Order: ORDER APPROVING TELEPHONIC 341 MEETING

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for the debtor for an Order approving a telephonic 341 meeting and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof;

IT IS FOUND AND ORDERED that the debtor Dolores A. Pieken shall be permitted to appear and provide testimony for her 341 meeting telephonically.

United States Bankruptcy Court
District of New Jersey

In re:
Paul W Pieken
Dolores A Pieken
    Debtors

Case No. 18-22019-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 25, 2018
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
db/jdb         +Paul W Pieken,  Dolores A Pieken,  128 Raintree Lane,  Mahwah, NJ 07430-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY rsolarz@kmllawgroup.com
          Ronald I. LeVine    on behalf of Joint Debtor Dolores A Pieken ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor Paul W Pieken ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5