Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.: 18−22019−JKS
                                              Chapter: 13
                                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul W Pieken                                     Dolores A Pieken
   128 Raintree Lane                           128 Raintree Lane
   Mahwah, NJ 07430                          Mahwah, NJ 07430

Social Security No.:
   xxx−xx−9521                                          xxx−xx−8957

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/10/19 at 10:00 AM

to consider and act upon the following:

*31* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*33* − Certification in Opposition to Certification of Default (related document:31 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Ronald I. LeVine on behalf of Dolores A Pieken, Paul W Pieken. (LeVine, Ronald)

Dated: 12/20/18

                                                                                Jeanne Naughton
                                                                                Clerk, U.S. Bankruptcy Court