UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

**Order Filed on January 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Paul W. Pieken and Dolores A. Pieken

Case No.: _____ 18-22019JKS _____

Chapter: _____ 13 _____

Judge: _____ Hon Sherwood _____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 7/24/18 _____ :

Property:     128 Raintree Lane Mahwah, NJ 07430

Creditor:     Bayview Loan Servicing

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____ the debtor _____ , and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ April 10, 2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*