Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22019−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul W Pieken
128 Raintree Lane
Mahwah, NJ 07430

Dolores A Pieken
128 Raintree Lane
Mahwah, NJ 07430

Social Security No.:
xxx−xx−9521

xxx−xx−8957

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/19 at 10:00 AM

to consider and act upon the following:

*52* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*54* − Certification in Opposition to trustee Cert. of Default (related document:52 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Robert Wachtel on behalf of Dolores A Pieken, Paul W Pieken. (Wachtel, Robert)

Dated: 8/16/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court