Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22019−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul W Pieken
128 Raintree Lane
Mahwah, NJ 07430

Dolores A Pieken
128 Raintree Lane
Mahwah, NJ 07430

Social Security No.:
xxx−xx−9521

xxx−xx−8957

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/19 at 10:00 AM

to consider and act upon the following:

*52* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*54* − Certification in Opposition to trustee Cert. of Default (related document:52 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Robert Wachtel on behalf of Dolores A Pieken, Paul W Pieken. (Wachtel, Robert)

Dated: 8/16/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Paul W Pieken  
Dolores A Pieken  
      Debtors

Case No. 18-22019-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 16, 2019  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.  
db/jdb          +Paul W Pieken,    Dolores A Pieken,    128 Raintree Lane,    Mahwah, NJ 07430-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com  
         Robert    Wachtel    on behalf of Joint Debtor Dolores A Pieken rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Robert    Wachtel    on behalf of Debtor Paul W Pieken rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine    on behalf of Debtor Paul W Pieken ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine    on behalf of Joint Debtor Dolores A Pieken ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                       TOTAL: 8