UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

Paul W. Pieken & Dolores Pieken

Case No.: 18-22019JKS

Chapter: 13

Judge: Hon. Sherwood

Order Filed on September 18, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 18, 2019___ :

Property:    128 Raintree Lane, Mahwah NJ 07430

Creditor:    Bayview Loan Servicing

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor~~December 10, 2019~~___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___12/10/19___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2